FILED'09 MAY 05 11:54USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-60050-HO |
| Plaintiff, | ) ) ) | **ORDER GRANTING GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. § 5K1.1** |
| v. | ) ) ) | |
| STEVEN CRAIG FIRTH, | ) ) | |
| Defendant. | ) ) | |

Based on the motion by the government,

IT IS HEREBY ORDERED that pursuant to U.S.S.G. § 5K1.1, 18 U.S.C. § 3553(e) and the substantial assistance provided by defendant, the government's motion for a two-level downward departure of defendant's sentence is HEREBY GRANTED.

SO ORDERED this 5th day of May 2009.

*/s/ Michael R. Hogan*
MICHAEL R. HOGAN
U.S. District Court Judge

Presented by:

KARIN J. IMMERGUT
United States Attorney

*/s/ Annemarie Sgarlata*
ANNEMARIE SGARLATA
Assistant U.S. Attorney